FILED
August 17, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

0002860174

RICHARD A. LENARD
1241 E. Dyer Rd., Suite 250
Santa Ana, CA 92705
Tel: 949-231-5837
Fax: 714-640-5702

SBN: 153916

Attorney for Debtors,

DAVID GERARD MATZA

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

In re:

DAVID GERARD MATZA,

　　　　Debtors

)　Case No.: 2010-92525
)
)　Docket Control No.: RL - 1
)
)　MOTION FOR ORDER TO ABANDON
)　PROPERTY
)

Date: September 10, 2010
Time: 10:00 AM
Court Room: E
Judge: Honorable Ronald H. Sargis

COMES NOW Debtors, DAVID GERARD MATZA, by and through her attorney of record, RICHARD A. LENARD, to move the court for an order to order the Trustee to abandon certain property. This motion will be based upon the attached memorandum of points and authorities, the declaration of RICHARD A. LENARD, the notes and

records on file with this court, and any other oral or documentary evidence which may be presented in open court.

## MEMORANDUM OF POINTS AND AUTHORITIES

### I.

### INTRODUCTION

The Debtor in the present action originally filed for Chapter 7 protection on June 30, 2010, case number 2010-92525. The subject property is the Debtors' yogurt shop which was included in the Chapter 7 petition. At the time of filing, the fair market value was less than $1,000. The business, along with the equipment and assets of the business were itemized in the petition and are exempt from seizure by the Trustee under CCP 703. This property therefore has no value to the bankruptcy estate or to any creditor. Further, this business is the Debtors only means of support. On this basis, the Debtor's are requesting the court to order the Trustee to abandon this asset.

### II.

### THE COURT HAS JURISDICTION AND STANDING

The Court has jurisdiction over this matter pursuant to 28 U.S.C. § 157(b) and §1334(b) and is a core proceeding under 28 U.S.C. § 157(b)(2)(O). Venue is appropriate in this court under U.S.C. § 1409(a).

### III.

**THE COURT HAS THE AUTHORITY TO ORDER THE TRUSTEE TO ABANDON THE PROPERTY.**

Under 28 U.S.C. § 1334(a), the court is granted exclusive authority over all bankruptcy matters. Further, 11 U.S.C. §554 authorizes to court to order the Trustee to abandon back to the Debtors any property that is of inconsequential value or otherwise burdensome to the estate. Any property or assets of the subject business are of little or no value or are otherwise exempt. On this basis, the court should exercise its authority and order to abandon the property back to the Debtors.

## IV.

## CONCLUSION

The subject property is the sole means of support by for the Debtors and is otherwise exempt from seizure by the Trustee leaving it with no value to the bankruptcy estate and on this basis, the Debtor respectfully request that this motion be granted.

Dated this 16th day of August, 2010

_____
RICHARD A. LENARD

| | |
|---|---|
| 1 | RICHARD A. LENARD |
| | 1241 E. Dyer Rd., Suite 250 |
| 2 | Santa Ana, CA 92705 |
| | Tel: 949-231-5837 |
| 3 | Fax: 714-640-5702 |
| 4 | |
| 5 | |
| | SBN: 153916 |
| 6 | |
| 7 | Attorney for Debtors, |
| | DAVID GERARD MATZA |
| 8 | |

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

| In re: | ) Case No.: 2010-92525 |
|---|---|
| DAVID GERARD MATZA, | ) Docket Control No.: RL - 1 |
| | ) |
| | ) MOTION FOR ORDER TO ABANDON |
| | ) PROPERTY |
| Debtor | ) |

Date: September 10, 2010
Time: 10:00 AM
Court Room: E
Judge: Honorable Ronald H. Sargis

COMES NOW Debtor, DAVID GERARD MATZA, by and through her attorney of record, RICHARD A. LENARD, to move the court for an order to order the Trustee to abandon certain property. This motion will be heard at the date and time listed above at the United States Bankruptcy Court located at 1200 I Street Suite 4 Modesto, California,

NOTICE OF MOTION TO ABANDON PROPERTY - 1

1  95654. This motion will be based upon the attached memorandum of points and
2  authorities, the declaration of RICHARD A. LENARD, the notes and records on file with
3  this court, and any other oral or documentary evidence which may be presented in open
4  court.

Dated this 17th day of August, 2010

_____
RICHARD A. LENARD